COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:        Frank Chalfant **V.** Brookdale Senior Living Communites, Inc. and
                            Arc Post Oak, L.P., D/B/A The Hampton at Post Oak

Appellate case number:      01-12-00140-CV

Trial court case number:    1106907

Trial court:                270th District Court of Harris County

Date motion filed:          July 10, 2013

Party filing motion:        Appellant

      It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Terry Jennings
                ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Jennings, Bland, and Massengale


Date: August 1, 2013